JAMES WEST, Respondent, v. IDA BRONNE, Appellant.—

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.